UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHARLES HOWELL,

    Plaintiff(s)

    v.                        Civ. No. 97-1081(PG)

CRASH, INC., D/B/A
CRASH DISCOTHEQUE, ET AL.,

    Defendant(s)

*RECEIVED & FILED 99 SEP 17 PM 2:07 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| Docket #39 - Settlement Stipulation | *approved.* |

Date: September 16, 1999.

                                       JUAN M. PEREZ-GIMENEZ
                                       U.S. District Judge

(2)

