ENTERED ON DOCKET
9/17/99 PURSUANT
TO FRCP RULES 58 & 79

RECEIVED & FILED
99 SEP 17 PH 2: 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CHARLES HOWELL | CIVIL NO. 97-1081 (PG) |
| Plaintiff | |
| Vs. | PLAINTIFF DEMANDS TRIAL BY JURY |
| CRASH, INC.<br>D/B/A CRASH DISCOTHEQUE; ET ALS | |
| Defendants | |

## JUDGMENT

The parties, having reached a Settlement Stipulation wherein defendants agree to pay to plaintiffs the amount of ONE HUNDRED & FIFTY FIVE THOUSAND DOLLARS ($155,000.00) without costs and/or assessment of attorneys' fees, and after reviewing the terms of said Settlement Stipulation, this Court expressly approves same and accordingly enters Judgment thereon in favor of plaintiff CHARLES HOWELL against the defendants for the amount of $155,000.00 for plaintiff's personal injuries and all other damages suffered as a result of an assault and battery which occurred on January 23rd, 1994 without costs and/or attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this _16th_ day of _September_, 1999.

_____
U.S. DISTRICT JUDGE

