UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 OCT 22 AM 8:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CHARLES HOWELL,

    Plaintiff(s)

    v.                                              Civ. No. 97-1081(PG)

CRASH, INC., ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #42 - Plaintiff Howell's Motion Requesting Withdrawal of Non-resident Bond | Granted |

Date: October 19, 1999

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(2)

s/c: Finance Dept.
10/22/99